**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICK COLLINS, INC.,

     Plaintiff,

        v.                     Civil Action No. 11-58 (RMU/JMF)

DOES 1-72,

     Defendants.


**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff show cause in writing by February 10, 2012, why this Court can assert jurisdiction over any defendant (a) who is not domiciled in the District of Columbia, or (b) as to whom plaintiff lacks a good faith basis to assert that he or she committed the act that is the premise of the plaintiff's claim for relief in the District of Columbia, and why venue is proper unless the defendant resides in the District of Columbia.  It is further, hereby,

**ORDERED** that plaintiff's Motion for Leave to Take *Additional* Discovery Prior to Rule 26(f) Conference; Memorandum of Points and Authorities in Support Thereof [#16] is **DENIED** without prejudice.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE